

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00230-CV

| | | |
|---|---|---|
| Pinnacle Health Facilities of Texas III, L.P. d/b/a Keller Oaks Healthcare Center and Keller Oaks Healthcare Center | § | From the 96th District Court |
| | § | of Tarrant County (096-273539-14) |
| v. | § | June 9, 2016 |
| Crystal Steele and Robert Steele | § | Opinion by Justice Gardner |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellants Pinnacle Health Facilities of Texas III, L.P. d/b/a Keller Oaks Healthcare Center and Keller Oaks Healthcare Center shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Anne Gardner_____
Justice Anne Gardner